

**RECEIVED**

**MAY 1 0 2022**

**CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 3:22-cr-45 |
| v. | INDICTMENT |
| WESLEY JOVAN CARTER, | T. 18 U.S.C. § 922(g)(1) |
| | T. 18 U.S.C. § 924(a)(2) |
| Defendant. | T. 18 U.S.C. § 924(d) |
| | T. 18 U.S.C. § 1623 |
| | T. 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (Felon in Possession of a Firearm)

On or about September 25, 2020, in the Southern District of Iowa, the defendant, WESLEY JOVAN CARTER, in and affecting commerce, knowingly possessed a firearm, namely: a loaded, nine-millimeter Canik, with serial number 20BC20466. At the time of the offense, the defendant knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

This is a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2
### (False Declarations Before a Grand Jury)

On or about July 14, 2021, in the Southern District of Iowa, the defendant, WESLEY JOVAN CARTER, while under oath and testifying in a proceeding before a

grand jury of the United States in the Southern District of Iowa, did knowingly make a false declaration, to wit:

1. This same grand jury was conducting an investigation to determine whether a violation of Title 18, United States Code, Section 922(g)(1), Felon in Possession of a Firearm, had been committed, and whether Jeremiah Duwon Snead (Snead) committed it. It was material to the investigation, whether the defendant, WESLEY JOVAN CARTER, was driving his vehicle in the early morning hours of November 21, 2020, because Snead was in the defendant's, WESLEY JOVAN CARTER, vehicle as he committed a burglary and stole a firearm. This burglary and subsequent firearm possession were the basis for the grand jury's investigation of Snead for a violation of Felon in Possession of a Firearm.

2. At the time and place alleged, the defendant, WESLEY JOVAN CARTER, appearing as a witness under oath at a proceeding before the grand jury knowingly made the following declarations in response to questions with respect to the material matter alleged above:

   Q: Okay. Did you drive J Snead in your car the early morning hours of November 21, 2020?
   A: No.
   Q: Who's driving it at this time?
   A: At three in the morning?
   Q: Early, early morning hours, around five a.m.?
   A: Anybody that probably needed to ride it that was in, in the household with Nina. A family, or a family member.

   . . .

> Q: (Showing Carter an exhibit) And that's your car at the towing company at the time of the burglary. How'd that happen?
> A: I have no idea.
> Q: Did you loan your car to J Snead or were you driving it?
> A: I was not driving it, and J Snead was not at Nina's house that night that I remember.
> Q: Who did take your car?
> A: I cannot tell you.
>
> . . .
>
> Q: I can tell you that J Snead is in that car. So who else would have, if he's not driving it, who took the car to drive him?
> A: I do not know.

3. The highlighted testimony of the defendant, WESLEY JOVAN CARTER, which he then and there knew was false in that the defendant, WESLEY JOVAN CARTER, knew that he was driving his vehicle, with Snead, at the time of the burglary in the early morning hours of November 21, 2020.

This is a violation of Title 18, United States Code, Section 1623.

**THE GRAND JURY FINDS:**

<u>**NOTICE OF FORFEITURE**</u>

Upon conviction for the offense alleged in Count 1 of this Indictment, the defendant, WESLEY JOVAN CARTER, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offense, including, but not limited to, the firearm identified in Count 1 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

**A TRUE BILL.**

                                                          FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Torrie J. Schneider
Assistant United States Attorney